# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0132. CARLOS CLEMONS v. DELTA AIRLINES, INC.

Carlos Clemons filed a tort suit against Delta Airlines, Inc. On October 13, 2015, the trial court dismissed the suit with prejudice, and Clemons filed this discretionary application.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." OCGA § 5-6-34 (a) (1). It does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies here. Moreover, the trial court's dismissal of Clemons's complaint constituted a final judgment.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Clemons shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 12/07/2015
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*